LEONARD H. SHIPMAN, as Receiver of the F. GRAY COMPANY, Appellant, *v.* GEORGE C. TREADWELL et al., Respondents.

(Submitted June 16, 1913; decided June 20, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 404.)

---

GEORGE LEASK et al., as Executors of HUDSON HOAGLAND, Deceased, Respondents, *v.* MARY E. McCARTY, Appellant.

(Submitted June 16, 1913; decided June 20, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 635.)

---

GILBERT H. MONTAGUE, as Receiver of HOTEL GOTHAM COMPANY, Appellant, *v.* HOTEL GOTHAM COMPANY, Defendant, and FIFTY-FIFTH STREET COMPANY, Respondent.

(Submitted June 16, 1913; decided June 20, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 442.)